BEFORE THE FIRST DIVISION, NOVEMBER 26, 1943

No. 48988.—Protest 103460–K of Dealers Liquor Co. (New York).

Opinion by OLIVER, P. J. The collector's letter and statement on the entry referred to therein was admitted in evidence at the trial without objection of the Government. As these bottles were withdrawn from warehouse subsequent to the effective date of said Mexican Trade Agreement the claim at ⅛ cent per pound was sustained.